IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

SEEFONG FORREST                                                                              PLAINTIFF

v.                                          CIVIL NO. 06-5116

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                               DEFENDANT

**O R D E R**

Plaintiff, Seefong Forrest, appealed the Commissioner's denial of benefits to this court. On May 21, 2007, judgment was entered remanding plaintiff's case to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. # 11). On October 26, 2007, plaintiff filed a motion for attorney's fees and costs under 28 U.S.C. § 2412, the Equal Access to Justice Act (hereinafter "EAJA") requesting compensation for 18.25 attorney hours work before the court at an hourly rate of $144.00 per hour and $24.64 in expenses for a total requested award of $2,652. (Doc. # 12-13). The defendant has filed a response objecting to the award of attorneys fees on the basis that plaintiff's motion for attorney fees is untimely. (Doc. # 14).

A request for an award of attorney's fees and costs under the EAJA may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C.§§ 2412(d)(1)(B), (d)(2)(G). Therefore, to be timely, a request for attorney's fees under the EAJA should have been filed no later than August 20, 2007. Plaintiff's counsel did not file this petition requesting attorney's fees under the EAJA until October 26, 2007. Therefore,

plaintiff's request for attorney's fees under the EAJA is denied as untimely filed.

IT IS SO ORDERED this 14th day of November 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE